Seth L. Neulight, State Bar No. 184440
sneulight@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111
Telephone: (415) 984-8200

Alejandro Castro, State Bar No. 316541
acastro@nixonpeabody.com
NIXON PEABODY LLP
One California Plaza
300 S Grand Avenue, Suite 4100
Los Angeles, California 90071-3151
Telephone: (213) 629-6000

Attorneys for Defendants
VISHAY DALE ELECTRONICS, LLC,
VISHAY INTERTECHNOLOGY, INC., and
APPLIED THIN-FILM PRODUCTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REBECCA COCHRAN, on behalf of herself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>APPLIED THIN-FILM PRODUCTS, a California corporation; VISHAY DALE ELECTRONICS, LLC, a Delaware limited liability company; VISHAY INTERTECHNOLOGY, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SETH L. NEULIGHT IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER CLASS ACTION FAIRNESS ACT** |

I, Seth L. Neulight, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court, and a partner of the law firm Nixon Peabody LLP, counsel of record to Defendants Vishay Dale Electronics, LLC, Vishay Intertechnology, Inc., and Applied Thin-Film Products (collectively, "Defendants") in the above-captioned action. I make this declaration in support of Defendants' Notice of Removal of Action Under the Class Action Fairness Act. This declaration is based on my personal knowledge, and if called upon to testify to the facts set forth herein, I could and would do so competently.

2. On or about November 7, 2025, Plaintiff Rebecca Cochran ("Plaintiff") filed a Class Action Complaint against Defendants in the Superior Court of California, Alameda Count (the "State Court") entitled *Rebecca Cochran v. Applied Thin-Film Products, Vishay Dale Electronics, LLC, Vishay Intertechnology, Inc.; and Does 1-50*, inclusive, Case No. 25CV153554 (hereinafter the "State Court Action").

3. The State Court Action asserts seven causes of action for: (1) "Failure to Provide Meal Periods"; (2) "Failure to Provide Rest Periods"; (3) "Failure to Pay Hourly Wages and Overtime"; (4) "Failure to Provide Accurate Written Wage Statements"; (5) "Failure to Timely Pay All Final Wages"; (6) "Failure to Indemnify"; and (7) "Unfair Competition."

4. On November 13, 2025, Plaintiff's counsel served the Summons, Complaint, a Civil Case Cover Sheet, a Notice of Case Management Conference, and a Certificate of Mailing upon Defendant Vishay Dale Electronics, LLC, via personal service. True and correct copies of the aforementioned documents, as served on Defendant Vishay Dale Electronics, LLC, all filed in the State Court Action, are attached collectively hereto as **Exhibit A.**

5. On November 13, 2025, Plaintiff's counsel served the Summons, Complaint, a Civil Case Cover Sheet, a Notice of Case Management Conference, and

a Certificate of Mailing upon Defendant Vishay Intertechnology, Inc., via substitute service. True and correct copies of the aforementioned documents, as served on Defendant Vishay Intertechnology, Inc., all filed in the State Court Action, are attached collectively hereto as **Exhibit B.**

6.     On November 13, 2025, Plaintiff's counsel served the Summons, Complaint, a Civil Case Cover Sheet, a Notice of Case Management Conference, and a Certificate of Mailing upon Defendant Applied Thin-Film Products, via substitute service. True and correct copies of the aforementioned documents, as served on Defendant Applied Thin-Film Products, all filed in the State Court Action, are attached collectively hereto as **Exhibit C.**

7.     On December 8, 2025, Defendants Vishay Dale Electronics, LLC, Vishay Intertechnology, Inc., and Applied Thin-Film Products filed and served in the State Court Action their respective Answers to the Complaint, true and correct copies of which are attached collectively hereto as **Exhibit D.**

8.     On December 9, 2025, Plaintiff's counsel served Special Interrogatories and Inspection Demands on each of the defendants, Vishay Dale Electronics, LLC, Vishay Intertechnology, Inc., and Applied Thin-Film Products, respectively. True and correct copies of the aforementioned discovery requests are attached collectively hereto as **Exhibit E**.

9.     As of the date of this Declaration and the filing of Defendants' Notice of Removal, I am informed and believe that the documents attached hereto as **Exhibits A**, **B**, **C**, **D**, and **E** hereto together constitute all pleadings, processes, or orders that have been served upon Defendants in the State Court Action.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed by me on December 10, 2025, in Mill Valley, California.

_Seth L. Neulight_
Seth L. Neulight